FILED
CLERK, U.S. DISTRICT COURT

7/19/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | *8:22-mj-00501-DUTY* |
| Lauren Benson | |
| DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Pretrial Violation
in the Southern District of California on 04/05/2022
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 3146
to wit: Pretrial Violation

A warrant for defendant's arrest was issued by: The Honorable Mitchell D. Dembin

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   07/19/2022
                    Date

_[signature]_
Signature of Agent

J.Pham
Print Name of Agent

USMS
Agency

DUSM
Title

CR-52 (03/20)             DECLARATION RE OUT-OF-DISTRICT WARRANT